Stephen M. Pezanosky
State Bar No. 15881850
Ian T. Peck
State Bar No. 24013306
David L. Staab
State Bar No. 24093194
HAYNES AND BOONE, LLP
301 Commerce Street, Suite 2600
Fort Worth, TX 76102
Telephone: 817.347.6600
Facsimile:  817.347.6650
Email: stephen.pezanosky@haynesboone.com
Email: ian.peck@haynesboone.com
Email: david.staab@haynesboone.com

**PROPOSED ATTORNEYS FOR DEBTORS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Corsicana Bedding, LLC, *et al.*,[1] | § | Case No. 22-90016-elm11 |
| | § | |
| Debtors. | § | Jointly Administered |

**AGENDA
OF MATTERS SCHEDULED FOR HEARING
AUGUST 8, 2022**

**Matters Set for August 8, 2022 at 1:30 p.m.**

A.     **HAYNES AND BOONE RETENTION APPLICATION**

*Debtors' Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 330, and 1107(b) Authorizing the Employment and Retention of Haynes and Boone, LLP as Attorneys for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 124]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Corsicana Bedding, LLC (3019) ("Corsicana"); Thetford Leasing LLC (7227) ("Thetford"); Olive Branch Building, LLC (7227) ("Olive Branch"); Eastern Sleep Products Company (1185) ("Eastern Sleep"); Englander-Symbol Mattress of Mississippi, LLC (5490) ("Englander Symbol"); Hylton House Furniture, Inc. (5992) ("Hylton House"); Luuf, LLC (3450) ("Luuf"); Symbol Mattress of Florida, Inc. (4172) ("Symbol Florida"); Symbol Mattress of Pennsylvania, Inc. (3160) ("Symbol Pennsylvania"); Symbol Mattress of Wisconsin, Inc. (0871) ("Symbol Wisconsin"); Symbol Mattress Transportation, Inc. (1185) ("Symbol Transportation"); and Master Craft Sleep Products, Inc. (4961) ("Master Craft"). The location of the Debtors' service address is P.O. Box 3233, Fort Worth, TX 76113.

Response Deadline: August 5, 2022 by close of business

Status: Going forward

Related Matters:

1. Notice of Hearing [Docket No. 130]
2. Witness and Exhibit List of Official Committee of Unsecured Creditors [Docket No. 256]
3. Debtors' Witness and Exhibit List for August 8, 2022 Hearing [Docket No. 259]

B. **CR3 PARTNERS RETENTION APPLICATION**

*Debtors' Application Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain CR3 Partners, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Michael Juniper as Chief Restructuring Officer for the Debtors Effective as of the Petition Date* [Docket No. 125]

Response Deadline: August 5, 2022 by close of business

Status: Going forward

Related Matters:

1. Notice of Hearing [Docket No. 130]
2. Witness and Exhibit List of Official Committee of Unsecured Creditors [Docket No. 256]
3. Debtors' Witness and Exhibit List for August 8, 2022 Hearing [Docket No. 259]

C. **HOULIHAN LOKEY RETENTION APPLICATION**

*Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327 and 328(a), and 1107(b) Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Investment Banker to the Debtors Effective as of the Petition Date* [Docket No. 126]

Response Deadline: August 5, 2022 by close of business

Status: Going forward

Related Matters:

1. Notice of Hearing [Docket No. 130]

    2.    Witness and Exhibit List of Official Committee of Unsecured Creditors [Docket No. 256]

    3.    Debtors' Witness and Exhibit List for August 8, 2022 Hearing [Docket No. 259]

**D.    A&G REALTY PARTNERS RETENTION APPLICATION**

*Debtors' Application for Entry of an Order Authorizing the Retention of A&G Realty Partners, LLC as Debtors' Real Estate Consultant and Advisor Effective as of the Petition Date Pursuant to Local Bankruptcy Rule 2014-1(b)(1)* [Docket No. 127]

Response Deadline:    August 5, 2022 by close of business

Status:    Going forward

Related Matters:

1.    Notice of Hearing [Docket No. 130]

2.    Witness and Exhibit List of Official Committee of Unsecured Creditors [Docket No. 256]

3.    Debtors' Witness and Exhibit List for August 8, 2022 Hearing [Docket No. [259]

**E.    ORDINARY COURSE PROFESSIONALS MOTION**

*Debtors' Motion for an Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business* [Docket No. 128]

Response Deadline:    August 8, 2022 by close of business

Status:    Going forward

Related Matters:

1.    Notice of Hearing [Docket No. 130]

2.    Witness and Exhibit List of Official Committee of Unsecured Creditors [Docket No. 256]

3.    Debtors' Witness and Exhibit List for August 8, 2022 Hearing [Docket No. 259]

**F.    FEE PROCEDURES MOTION**

*Debtors' Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Case Professionals* [Docket No. 129]

Response Deadline: August 5, 2022 by close of business

Status: Going forward

Related Matters:

1. Notice of Hearing [Docket No. 130]
2. Witness and Exhibit List of Official Committee of Unsecured Creditors [Docket No. 256]
3. Debtors' Witness and Exhibit List for August 5, 2022 Hearing [Docket No. 259]

**G.     KEIP MOTION**

*Debtors' Motion for Entry of an Order: (I) Approving Debtors' Key Employee Incentive Plan and (II) Granting Related Relief* [Docket No. 121]

Response Deadline: August 5, 2022, by close of business

Status: Going forward

Related Matters:

1. Debtors' Motion for Entry of an Order Authorizing the Debtors to File the Debtors' Key Employee Incentive Plan Under Seal Pursuant to 11 U.S.C. Section 107 and Fed. R. Bankr. P. 9018 [Docket No. 122]
2. Notice of Hearing [Docket No. 123]
3. Order Fixing Deadline for Objections and Responses to Motion to Seal and Setting Hearing if Opposed [Docket No. 161]
4. Order Granting Debtors' Motion for Entry of an Order Authorizing the Debtors to File the Debtors' Key Employee Incentive Plan Under Seal Pursuant to 11 U.S.C. Section 107 and Fed. R. Bankr. P. 9018 [Docket No. 177]
5. Key Employee Retention Plan **FILED UNDER SEAL** [Docket No. 191]
6. Witness and Exhibit List of Official Committee of Unsecured Creditors [Docket No. 256]
7. Debtors' Witness and Exhibit List for August 8, 2022 Hearing [Docket No. 259]
8. United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Approving Debtors' Key Employee Incentive Plan and (II) Granting Related Relief [Docket No. 261]

H.  **503(b)(9) MOTION**

    *Debtors' Expedited Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 503(b)(9) Establishing Procedures for the Assertion, Resolution, and Allowance of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [Docket No. 221]

Response Deadline:    August 4, 2022 at 5:00 p.m. Central Time

Status:    Going forward

Related Matters:

1. Motion for Expedited Hearing [Docket No. 222]
2. Notice of Expedited Hearing [Docket No. 223]
3. Order Granting Motion for Expedited Hearing [Docket No. 227]
4. Witness and Exhibit List of Official Committee of Unsecured Creditors [Docket No. 256]
5. Debtors' Witness and Exhibit List for August 8, 2022 Hearing [Docket No. 259]
6. Notice of Filing of Revised Proposed Order Pursuant to 11 U.S.C. §§ 105(a) and 503(b)(9) Establishing Procedures for the Assertion, Resolution, and Allowance of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 260]

RESPECTFULLY SUBMITTED this 5th day of August, 2022.

By: */s/ Stephen M. Pezanosky*
Stephen M. Pezanosky
State Bar No. 15881850
Ian T. Peck
State Bar No. 24013306
David L. Staab
State Bar No. 24093194
**HAYNES AND BOONE, LLP**
301 Commerce Street, Suite 2600
Fort Worth, TX 76102
Telephone: 817.347.6600
Facsimile:  817.347.6650
Email: stephen.pezanosky@haynesboone.com
Email: ian.peck@haynesboone.com
Email: david.staab@haynesboone.com

**PROPOSED ATTORNEYS FOR DEBTORS**