## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Corsicana Bedding, LLC, *et al.*,[1] | § | Case No. 22-90016-elm11 |
| | § | |
| Debtors. | § | Jointly Administered |

**NOTICE OF CLAIMS BAR DATE AND PROCEDURES FOR
THE ASSERTION, RESOLUTION, AND ALLOWANCE OF
CLAIMS ASSERTED PURSUANT TO 11 U.S.C. § 503(b)(9)**

**THE 503(B)(9) BAR DATE APPLIES ONLY TO 503(B)(9) CLAIMS (AS DEFINED BELOW). THE GENERAL PROOF OF CLAIM BAR DATE FOR ALL CREDITORS (EXCEPT GOVERNMENTAL UNITS) IS OCTOBER 24, 2022, AND FOR GOVERNMENTAL UNITS, IS JANUARY 21, 2023. DOC. NO. 65.**

TO: HOLDERS OF 503(B)(9) CLAIMS AGAINST THE ABOVE-CAPTIONED DEBTORS AND DEBTORS IN POSSESSION:

Please take notice that on June 25, 2022 (the "Petition Date"), Corsicana Bedding, LLC, *et al.* (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1330 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Court") commencing the above-captioned chapter 11 cases (the "Chapter 11 Cases").

Please take further notice that on August 9, 2022, the Court entered an order (the "503(b)(9) Bar Date Order") granting the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 503(b)(9) Establishing 503(b)(9) Claims Bar Date and Procedures for the Assertion, Resolution, and Allowance of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [Doc. No. 221] (the "503(b)(9) Motion") and establishing **September 8, 2022, at 5:00 p.m. (CT)** (the "503(b)(9) Claim Filing Deadline") as the last date and time for each person or entity to file proofs of claim pursuant to Bankruptcy Code § 503(b)(9) (a "Proof of 503(b)(9) Claim," and such claims, the "503(b)(9) Claims," and holders of any such claims, "503(b)(9) Claimants"). **Only 503(b)(9)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Corsicana Bedding, LLC (3019) ("Corsicana"); Thetford Leasing LLC (7227) ("Thetford"); Olive Branch Building, LLC (7227) ("Olive Branch"); Eastern Sleep Products Company (1185) ("Eastern Sleep"); Englander-Symbol Mattress of Mississippi, LLC (5490) ("Englander Symbol"); Hylton House Furniture, Inc. (5992) ("Hylton House"); Luuf, LLC (3450) ("Luuf"); Symbol Mattress of Florida, Inc. (4172) ("Symbol Florida"); Symbol Mattress of Pennsylvania, Inc. (3160) ("Symbol Pennsylvania"); Symbol Mattress of Wisconsin, Inc. (0871) ("Symbol Wisconsin"); Symbol Mattress Transportation, Inc. (1185) ("Symbol Transportation"); and Master Craft Sleep Products, Inc. (4961) ("Master Craft"). The location of the Debtors' service address is P.O. Box 3233, Fort Worth, TX 76113.

**Claimants are required to file Proofs of 503(b)(9) Claims by the 503(b)(9) Claim Filing Deadline. All other claims are governed by the bar dates established by Docket Number 65.**

For your convenience, enclosed with this Notice is a Proof of 503(b)(9) Claim form for 503(b)(9) Claims (the "503(b)(9) Claim Form").

As used in this Notice, "**503(b)(9) Claims**" refer to those certain claims that arise under Bankruptcy Code § 503(b)(9), which provides, in relevant part, "[a]fter notice and a hearing, there shall be allowed administrative expenses. . . including . . . the value of any goods received by the debtor within 20 days before the [Petition Date] in which the goods have been sold to the debtor in the ordinary course of such debtor's business." 11 U.S.C. § 503(b)(9).

> **YOU ARE RECEIVING THIS NOTICE BECAUSE YOU MAY HAVE OR YOU MAY ASSERT A 503(B)(9) CLAIM IN THE CHAPTER 11 CASES. THEREFORE, YOU SHOULD READ THIS NOTICE CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**General Information about the Debtors' Chapter 11 Cases**. The Chapter 11 Cases are jointly administered under Case No. 22-90016. The location of the Debtors' service address is P.O. Box 3233, Fort Worth, TX 76113. Additional information about the Chapter 11 Cases is available at the Debtors' Claims Agent Website: https://www.donlinrecano.com/Clients/cbl/Index.

**A 503(B)(9) CLAIMANT SHOULD CONSULT AN ATTORNEY IF THE 503(B)(9) CLAIMANT HAS ANY QUESTIONS, INCLUDING WHETHER SUCH 503(B)(9) CLAIMANT SHOULD FILE A PROOF OF 503(B)(9) CLAIM.**

1. **PERSONS OR ENTITIES WHO MUST FILE A PROOF OF 503(B)(9) CLAIM**

Any person or entity that has or seeks to assert a 503(b)(9) Claim, which arose, or is deemed to have arisen under Bankruptcy Code § 503(b)(9) **MUST FILE A PROOF OF 503(B)(9) CLAIM ON OR BEFORE THE 503(B)(9) CLAIM FILING DEADLINE** to potentially receive payment of such 503(b)(9) Claim.

THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A 503(B)(9) CLAIM OR THAT THE DEBTORS BELIEVE THAT YOU HAVE A 503(B)(9) CLAIM. A 503(B)(9) CLAIMANT SHOULD CONSULT AN ATTORNEY IF THE 503(B)(9) CLAIMANT HAS ANY QUESTIONS, INCLUDING WHETHER SUCH 503(B)(9) CLAIMANT SHOULD FILE A PROOF OF 503(B)(9) CLAIM.

2. **WHEN AND WHERE TO FILE**

503(b)(9) Claimants should submit a signed original of the 503(b)(9) Claim Form in order to assert a claim pursuant to Bankruptcy Code § 503(b)(9), together with the accompanying documentation referenced below, in person or by mail, hand delivery, overnight courier, or electronically through the website of Donlin, Recano, & Company, Inc. ("DRC"), the Debtors'

claims and notice agent, so as to be **actually received** by DRC on or before the 503(b)(9) Claim Filing Deadline, as follows:

> If by First-Class Mail:
> Donlin, Recano & Company, Inc.
> Re: Corsicana Bedding, LLC, et al.
> P.O. Box 199043
> Blythebourne Station
> Brooklyn, NY 11219
>
> If by overnight courier or hand delivery:
> Donlin, Recano & Company, Inc.
> Re: Corsicana Bedding, LLC, et al.
> 6201 15th Avenue
> Brooklyn, NY 11219

Alternatively, Claimants may submit a Proof of 503(b)(9) Claim electronically through DRC's website, https://www.donlinrecano.com/Clients/cbl/File503b9Claim.

503(b)(9) Claimants wishing to receive acknowledgment that their Proofs of 503(b)(9) Claims were received by DRC must submit (i) a copy of the Proof of 503(b)(9) Claim and (ii) a self-addressed, stamped envelope (in addition to the original 503(b)(9) Claim Form sent to DRC).

503(b)(9) Claimants may also submit a Proof of 503(b)(9) Claim with the Court at the following address:

> United States Bankruptcy Court
> Northern District of Texas
> Office of the Clerk
> Eldon B. Mahon U.S. Courthouse
> 501 W. 10th St.
> Fort Worth, TX 76102-3643

Alternatively, if a 503(b)(9) Claimant determines to file a Proof of 503(b)(9) Claim through the Bankruptcy Court's website, such 503(b)(9) Claimant **must**: (i) use the 503(b)(9) Claim Form and (ii) upload the completed 503(b)(9) Claim Form to the Electronic Case Filing System for the applicable Debtor.  For the avoidance of doubt, 503(b)(9) Claimants should not file 503(b)(9) Claims using the ePOC (Electronic Proof of Claim) system.

**Proofs of 503(b)(9) Claims will be deemed timely filed only if actually received on or before the 503(b)(9) Claim Filing Deadline. Facsimile or email submissions will not be accepted.**

**3. CONTENTS OF A 503(B)(9) CLAIM**

The Debtors have enclosed a 503(b)(9) Claim Form for use in these Chapter 11 Cases. This 503(b)(9) Claim Form is also available free of charge on DRC's website, https://www.donlinrecano.com/Clients/cbl/Index.

To be valid, your Proof of 503(b)(9) Claim MUST (i) be signed by the 503(b)(9) Claimant; (ii) be written in the English language; (iii) be denominated in lawful currency of the United States; (iv) conform substantially to the 503(b)(9) Claim Form; (v) set forth with specificity the legal and factual basis for the alleged claim; and (vi) include supporting documentation or an explanation as to why such documentation is not available.

**The Proof of 503(b)(9) Claim must also set forth (i) the amount of the 503(b)(9) Claim; (ii) the value of the products, supplies, and other goods (collectively, the "Goods") the 503(b)(9) Claimant contends the Debtors received within twenty (20) days before the Petition Date; (iii) documentation, including invoices, receipts, bills of lading, and the like, identifying the particular Goods for which the 503(b)(9) Claim is being asserted; (iv) the specific Debtor that received the Goods, provided that, for the avoidance of doubt, if a 503(b)(9) Claimant has 503(b)(9) Claims against multiple Debtors, a separate Proof of 503(b)(9) Claim must be filed for each specific Debtor; (v) the date the Goods were received by the Debtors and supporting documentation to the extent available to the 503(b)(9) Claimant; (vi) a statement certifying that the Goods with respect to which the 503(b)(9) Claim is being filed were sold in the ordinary course of the claimant's business with the Debtors; and (vii) a statement indicating whether the 503(b)(9) Claimant has filed any other claim against the Debtors regarding the Goods underlying its Proof of 503(b)(9) Claim.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROOF OF 503(B)(9) CLAIM BY THE 503(B)(9) CLAIM FILING DEADLINE**

Any Claimant that is required to file a Proof of 503(b)(9) Claim by the 503(b)(9) Claim Filing Deadline, but that fails to do so, shall be forever barred, without further order of the Court, from asserting a 503(b)(9) Claim after the expiration of the 503(b)(9) Claim Filing Deadline.

**5. RESERVATION OF RIGHTS**

Nothing contained in the 503(b)(9) Motion, this Notice, or the 503(b)(9) Bar Date Order is intended or should be construed as: (a) an admission as to the validity of any claim against any Debtor or the existence of any lien against the Debtors' properties; (b) a waiver of the Debtors' or any other party in interest's rights to dispute any claim or lien on any grounds; (c) a promise to pay any claim; (d) an implication or admission that any particular claim would constitute an allowed claim; (e) an assumption or rejection of any executory contract or unexpired lease pursuant to Bankruptcy Code § 365; (f) a limitation on the Debtors' rights under Bankruptcy Code § 365 to assume or reject any executory contract with any party subject to the proposed Order once entered; or (g) a waiver of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law.

**6.  ADDITIONAL INFORMATION**

       The 503(b)(9) Claim Form, the 503(b)(9) Motion, and the 503(b)(9) Bar Date Order are available free of charge on DRC's website, https://www.donlinrecano.com/Clients/cbl/Index.  If you have questions concerning the filing of processing of 503(b)(9) Claims, you may contact the Debtors' claims agent, DRC, toll-free at 1-800-581-5607.  If you require additional information regarding the filing of a Proof of 503(b)(9) Claim, you may contact counsel for the Debtors in writing at the addresses below.

Dated: August 9, 2022

                                                                HAYNES AND BOONE, LLP

                                                                By: */s/ Stephen M. Pezanosky*
                                                                Stephen M. Pezanosky
                                                                State Bar No. 15881850
                                                               Ian T. Peck
                                                               State Bar No. 24013306
                                                               David L. Staab
                                                               State Bar No. 24093194
                                                               HAYNES AND BOONE, LLP
                                                               301 Commerce Street, Suite 2600
                                                               Fort Worth, TX 76102
                                                               Telephone: 817.347.6600
                                                               Facsimile:  817.347.6650
                                                               Email: stephen.pezanosky@haynesboone.com
                                                               Email: ian.peck@haynesboone.com
                                                              Email: david.staab@haynesboone.com

                                                              **ATTORNEYS FOR DEBTORS**

# Proof of 503(b)(9) Claim Form

**United States Bankruptcy Court for the Northern District of Texas**

Indicate Debtor against which you assert a 503(b)(9) Claim by checking the appropriate box below.
**(Check only one Debtor per claim form.)**

| | |
|---|---|
| ☐ Corsicana Bedding, LLC (Case No. 22-90016-elm11) | ☐ Luuf, LLC (Case No. 22-90022-elm11) |
| ☐ Thetford Leasing LLC (Case No. 22-90017-elm11) | ☐ Symbol Mattress of Florida, Inc. (Case No. 22-90023-elm11) |
| ☐ Olive Branch Building, LLC (Case No. 22-90018-elm11) | ☐ Symbol Mattress of Pennsylvania, Inc. (Case No. 22-90024-elm11) |
| ☐ Eastern Sleep Products Company (Case No. 22-90019-elm11) | ☐ Symbol Mattress of Wisconsin, Inc. (Case No. 22-90025-elm11) |
| ☐ Englander – Symbol Mattress of Mississippi, LLC (Case No. 22-90020-elm11) | ☐ Symbol Mattress Transportation, Inc. (Case No. 22-90026-elm11) |
| ☐ Hylton House Furniture, Inc. (Case No. 22-90021-elm11) | ☐ Master Craft Sleep Products, Inc. (Case No. 22-90027-elm11) |

11 U.S.C. § 503(b)(9) provides that "[a]fter notice and a hearing, there shall be allowed administrative expenses. . . including . . . the value of any goods received by the debtor within 20 days before the date of commencement of a [bankruptcy case] in which the goods have been sold to the debtor in the ordinary course of such debtor's business."  Your receipt of this form does not mean you hold a claim that is entitled to treatment pursuant to this section.

**Claimants should submit a signed original of this form in order to assert a claim pursuant to section 503(b)(9) of the Bankruptcy Code, together with the accompanying documentation referenced below, in person or by mail, hand delivery, overnight courier, or electronically as follows:**

| **If by First-Class Mail:** | **If by overnight courier or hand delivery:** | **If filed electronically,** through the website of Donlin, Recano & Company, Inc., the Debtors' claims and noticing agent, using the interface located at: |
|---|---|---|
| Donlin, Recano & Company, Inc. Re: Corsicana Bedding, LLC, et al. P.O. Box 199043 Blythebourne Station Brooklyn, NY 11219 | Donlin, Recano & Company, Inc. Re: Corsicana Bedding, LLC, et al. 6201 15th Avenue Brooklyn, NY 11219 | https://www.donlinrecano.com/Clients/cbl/File503b9Claim |

**With copies to:**
  Haynes and Boone LLP
  Attn: Steven M. Pezanosky and David L. Staab
  301 Commerce Street, Suite 2600
  Fort Worth, TX 76102

**NOTE:  This form must be served upon Donlin, Recano & Company, Inc. ("DRC") and Haynes and Boone LLP at the above-referenced addresses or submitted electronically as described above, so as to be received by 5:00 p.m. (Prevailing Central Time) on or before September 8, 2022.  This form may be submitted in person or by mail, hand delivery, overnight courier, or electronically through the website of DRC. Facsimile or email submissions will not be accepted.  Claims shall be deemed filed when actually received by DRC.**

| **Name of Creditor**: *(the person or other entity to whom the Debtor owes money or property)* **Name and Address Where Notices Should Be Sent:** Telephone No.: | **Name and Address Where Payments Should Be Sent: (if different from Notice address)** Telephone No.: |
|---|---|

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach a copy of statement giving particulars.

☐ Check this box if you have asserted a reclamation demand for any of the goods referenced on this claim form.  Attach statement identifying any such goods.

☐ Check this box if you have filed any other claim against any of the Debtors regarding the goods underlying your claim asserted herein.

☐ Check this box if the alleged value of the goods underlying your claim asserted herein represents a combination of goods and services.  If you checked this box, provide the percentage of alleged value related to services and to goods on the following line:
_____

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: _____ | Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____ |
|---|---|

| | |
|---|---|
| **1. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:  $_____.** | |
| **2. DATE GOODS WERE RECEIVED BY THE DEBTOR: _____.** <br> Attach proof of delivery of such goods. | |
| **3. BRIEF DESCRIPTION OF CLAIM AND GOODS**: <br><br> Attach particular invoices for which any of the amounts described in this form was applied. | |
| **4. SUPPORTING DOCUMENTS:** <u>Attach copies of supporting documents</u>, such as invoices, receipts, bills of lading and the like, identifying the goods for which the claim is being asserted, which of the Debtors such goods were shipped to, the date such goods were received by such Debtors, and the alleged value of such goods.  DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  Any attachments must be 8-1/2" by 11". <br> **5. DATE-STAMPED COPY:**  To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. <br> **6. ORDINARY COURSE CERTIFICATION:**  By signing this claim form, you are certifying that the goods, for which payment is sought hereby, were sold to the Debtors in the ordinary course of the Debtors' business and were received by the Debtors within twenty (20) days prior to June 25, 2022, as required by 11 U.S.C. § 503(b)(9). | |
| **7.  SIGN BELOW** | |
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).** <br><br> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | Check the appropriate box: <br> ❑ I am the creditor. <br> ❑ I am the creditor's attorney or authorized agent. <br> ❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. <br> ❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. <br><br> I understand that an authorized signature on this 503(b)(9) Proof of Claim serves as an acknowledgment that: (i) the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the Debtor's business as required by 11 U.S.C. § 503(b)(9); and (ii) when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. <br> I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct. <br> I declare under penalty of perjury that the foregoing is true and correct. <br><br> Executed on date _____ <br>                         MM / DD / YYYY <br><br> _____ <br> Signature <br><br> Print the name of the person who is completing and signing this claim: <br><br> Name   _____ <br>             First name                  Middle name                Last name <br> Title    _____ <br> Company_____ <br>              Identify the corporate servicer as the company if the authorized agent is a servicer. <br> Address  _____ <br>              Number                        Street <br><br>            _____ <br>              City                           State                    Zip Code <br> Contact Phone  _____       Email  _____ |

# INSTRUCTIONS FOR FILING SECTION 503(b)(9) PROOF OF CLAIM FORM

The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, there may be exceptions to the general rules.

| Definitions ||
|---|---|
| *Section 503(b)(9) Claim:*<br>Any claim entitled to treatment in accordance with Section 503(b)(9) of the Bankruptcy Code. Specifically, Section 503(b)(9) Claims are those claims for the "value of any goods received by the debtor, within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." 11 U.S.C. § 503(b)(9).<br><br>**Alternatively, your proof of claim may be filed electronically on DRC's website at:**<br>https://www.donlinrecano.com/Clients/cbl/File503b9Claim<br><br>OR, if through the Bankruptcy Court's website, you **must**: (i) use this 503(b)(9) Claim Form and (ii) upload the completed 503(b)(9) Claim Form to the Electronic Case Filing System for the applicable Debtor. For the avoidance of doubt, 503(b)(9) Claimants should **not** file 503(b)(9) Claims using the ePOC (Electronic Proof of Claim) system. | *Section 503(b)(9) Bar Date:*<br>By Order of the United States Bankruptcy Court, all requests for allowance of a 503(b)(9) Claim must be submitted **so as to be received** no later than 5:00 p.m., Prevailing Central Time on September 8, 2022, as follows:<br><br>**If by U.S. Mail, send to:**<br><br>Donlin, Recano & Company, Inc.<br>Re: Corsicana Bedding, LLC, et al.<br>P.O. Box 199043<br>Blythebourne Station<br>Brooklyn, NY 11219<br><br>**If by Overnight Courier or Hand Delivery, send to:**<br><br>Donlin, Recano & Company, Inc.<br>Re: Corsicana Bedding, LLC, et al.<br>6201 15th Avenue<br>Brooklyn, NY 11219 |

1. Please read this Proof of 503(b)(9) Claim form carefully and fill it in completely and accurately. Print legibly.

2. Attach additional pages on 8-1/2 x 11" paper if more space is required to complete this Proof of 503(b)(9) Claim form.

3. This form should only be used by a claimant asserting a Section 503(b)(9) claim. It should **not** be used for any claims that are **not** entitled to priority in accordance with 11 U.S.C. § 503(b)(9).

4. Indicate the Debtor against which you assert a 503(b)(9) Claim by checking the appropriate box at the top of the form**.** You must indicate the specific Debtor name and case number against which your claim is being asserted. If you are asserting claims against more than one Debtor, you MUST file a separate 503(b)(9) proof of claim for each Debtor.

5. **Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth.

6. **ANY DOCUMENTS RELIED UPON BY ANY 503(b)(9) CLAIMANT TO SUPPORT ITS SECTION 503(b)(9) CLAIM, INCLUDING ALL DOCUMENTS THAT PURPORT TO ESTABLISH THAT SUCH CLAIMANT SUPPLIED THE DEBTOR "GOODS" WITHIN THE 20 DAY PERIOD BEFORE JUNE 25, 2022, THE "VALUE" OF SUCH GOODS AND THAT SUCH GOODS WERE "SOLD TO THE DEBTOR IN THE ORDINARY COURSE OF THE DEBTOR'S BUSINESS," SHOULD BE ANNEXED TO THIS PROOF OF 503(b)(9) CLAIM FORM. IF ANY SUCH DOCUMENTS ARE UNAVAILABLE, PLEASE PROVIDE AN EXPLANATION AS TO WHY. DO NOT ATTACH ORIGINAL DOCUMENTS BECAUSE ATTACHMENTS MAY BE DESTROYED AFTER SCANNING.**

7. **To be considered timely filed, this Section 503(b)(9) Claim Form must be electronically filed with the Court or actually received by DONLIN, RECANO & COMPANY, INC. on or before 5:00 p.m. (Prevailing Central Time) on September 8, 2022, and should include appropriate documents/materials establishing the claimants entitlement to an allowed Section 503(b)(9) Claim and the amount of the asserted claim.**

   Do **not** file these instructions with your claim form.