| | |
|---|---|
| Michael D. Warner (TX Bar No. 00792304) | Robert J. Feinstein (Admitted *pro hac vice*) |
| Benjamin L. Wallen (TX Bar No. 24102623) | Bradford J. Sandler (Admitted *pro hac vice*) |
| PACHULSKI STANG ZIEHL & JONES LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| 440 Louisiana Street, Suite 900 | 780 Third Avenue, 34th Floor |
| Houston, TX 77002 | New York, NY 10017-2024 |
| Tel: (713) 691-9385 | Tel: (212) 561-7700 |
| Facsimile: (713) 691-9407 | Facsimile: (212) 561-7777 |
| mwarner@pszjlaw.com | rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CORSICANA BEDDING, LLC**, *et al.*, | § | Case No. 22-90016-ELM |
| | § | |
| Debtors.[1] | § | Jointly Administered |
| | § | |

**WITNESS AND EXHIBIT LIST**

The Official Committee of Unsecured Creditors (the "Committee") hereby submits the following *Witness and Exhibit List* (the "Witness and Exhibit List") with respect to the hearing scheduled on August 16, 2022 at 1:30 pm (CT), in the above-styled, jointly administered bankruptcy cases (the "Cases") before the Honorable Edward L. Morris, United States Bankruptcy Judge for the Northern District of Texas, Fort Worth Division, Room 204, 501 W. Tenth Street, Fort Worth, Texas 76102.

---

[1] The Debtors in this chapter 11 case, along with the last four digits of each Debtor's federal tax identification number, are: Corsicana Bedding, LLC (3019) ("Corsicana"); Thetford Leasing LLC (7227) ("Thetford"); Olive Branch Building, LLC (7227) ("Olive Branch"); Eastern Sleep Products Company (1185) ("Eastern Sleep"); Englander-Symbol Mattress of Mississippi, LLC (5490) ("Englander Symbol"); Hylton House Furniture, Inc. (5992) ("Hylton House"); Luuf, LLC (3450) ("Luuf"); Symbol Mattress of Florida, Inc. (4172) ("Symbol Florida"); Symbol Mattress of Pennsylvania, Inc. (3160) ("Symbol Pennsylvania"); Symbol Mattress of  Wisconsin, Inc. (0871) ("Symbol Wisconsin"); Symbol Mattress Transportation, Inc. (1185) ("Symbol  Transportation"); and Master Craft Sleep Products, Inc. (4961) ("Master Craft"). The location of the Debtor's service address is P.O. Box 3233, Fort Worth, TX 76113

## WITNESS LIST

The Committee may call the following witnesses:

1. Any witness listed, offered, or called by any other party.

2. Any witness required for rebuttal or impeachment.

## EXHIBIT LIST

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Any exhibits listed, designated, or offered by any other party. | | | | |
| 2. | Any exhibits necessary for rebuttal. | | | | |
| 3. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases and related adversary proceedings | | | | |

The Committee reserves the right to modify, amend or supplement this Witness and Exhibit List at any time. The Committee reserves the right to ask the Court to take judicial notice of pleadings, transcripts and/or documents filed in or in connection with these Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the August 16, 2022 Hearing. Designation of any exhibit above does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

[*Remainder of Page Intentionally Left Blank*]

DOCS_NY:46278.1 15806/002

Dated: August 11, 2022                          Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Tel: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com

Robert J. Feinstein (Admitted *pro hac vice*)
Bradford J. Sandler (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Tel: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August, 2022, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

                                                 */s/ Michael D. Warner*
                                                 Michael D. Warner