

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 15, 2022**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORSICANA BEDDING, LLC, *et al.*, | § | Case No. 22-90016-elm11 |
| | § | |
| Debtors. | § | Jointly Administered |

### ORDER GRANTING IN PART, AND DENYING IN PART, MOTION FOR EXPEDITED HEARING

On August 12, 2022, Englander Sleep Products, LLC ("**Movant**") filed (1) *Englander Sleep Products, LLC's Emergency Motion to Enforce the Bid Procedures Order and For Related Relief* [Docket No. 303] (the "**Motion to Enforce**"), and (2) *Englander Sleep Products, LLC's Motion for Emergency Hearing on Emergency Motion to Enforce the Bid Procedures Order and For Related Relief* [Docket No. 304] (the "**Motion to Expedite**"). Movant notes in the Motion to Expedite that the Court previously entered an order that both approved certain bidding procedures associated with the Debtors' proposed sale of certain assets of the estates (the "**Bid Procedures**") and set a hearing on August 16, 2022, at 1:30 p.m., to consider approval of the proposed sale (the "**Sale Hearing**"). Claiming that the Debtors' have violated the Bid Procedures by not recognizing a bid submitted by Movant as a qualified bid, the Movant requests an emergency hearing on the Motion to Enforce and requests that the hearing be set prior to the Sale Hearing, preferably on August 15, 2022.

Movant notes in the Certificate of Conference attached to the Motion to Expedite that the requested relief is opposed by the Debtors.

Having now considered the Motion to Expedite, the Court finds that Movant (a) has failed to establish sufficient cause for the Court to schedule a hearing on the Motion to Enforce *prior* to

the Sale Hearing, but (b) has presented sufficient cause for the Court to schedule a hearing on the Motion to Enforce *at the same time as* the Sale Hearing. Therefore, it is hereby:

**ORDERED** that the Motion to Expedite is hereby GRANTED IN PART, AND DENIED IN PART, as follows:

1. A hearing on the Motion to Enforce shall be conducted on **August 16, 2022, at 1:30 p.m. (prevailing Central Time)**, before the Honorable Edward L. Morris, U.S. Bankruptcy Court, at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102 and by WebEx videoconference at https://us-courts.webex.com/meet/morris.

2. Movant shall promptly provide notice of said hearing to all parties in interest entitled to such notice and file a Certificate of Service in the case to evidence the same.

### END OF ORDER ###