| | |
|---|---|
| Michael D. Warner (TX Bar No. 00792304) | Robert J. Feinstein (admitted *pro hac vice*) |
| Benjamin L. Wallen (TX Bar No. 24102623) | Bradford J. Sandler (admitted *pro hac vice*) |
| PACHULSKI STANG ZIEHL & JONES LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| 440 Louisiana Street, Suite 900 | 780 Third Avenue, 34th Floor |
| Houston, TX 77002 | New York, NY 10017-2024 |
| Tel: (713) 691-9385 | Tel: (212) 561-7700 |
| Facsimile: (713) 691-9407 | Facsimile: (212) 561-7777 |
| mwarner@pszjlaw.com | rfeinstein@pszjlaw.com |
| bwallen@pszjlaw.com | bsandler@pszjlaw.com |

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re:<br>CORSICANA BEDDING, LLC, *et al.*,<br>Debtors. | Chapter 11<br>Case No. 22-90016-ELM-11<br>Jointly Administered |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing has been scheduled for **Monday, December 19, 2022, at 1:30 p.m. Central Time** before the Honorable Edward L. Morris to consider the *First and Final Application of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from July 11, 2022 Through December 19, 2022* [Docket No. 509] and the *Fifth Monthly and Final Fee Application of Alvarez & Marsal North America, LLC, as Financial Advisor to the Official Committee Of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period July 11, 2022 Through December 19, 2022* [Docket No. 510] (together, the "Final Fee Applications").

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted in a hybrid mode, both in-person and via videoconference and teleconference via Webex. For those parties who wish to participate remotely, the WebEx hearing link may be accessed here: https://uscourts.webex.com/meet/morris. The WebEx instructions may be accessed here:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0

For those parties wishing to participate telephonically, the dial-in information is as follows:

**Dial-In:**   1.650.479.3207   **Meeting ID:**   473 581 124

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing responses or objections to the Final Fee Applications is **Wednesday, December 14, 2022 at 5:00 p.m. Central Time**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Final Fee Applications may be obtained (i) for free at the website established by the Debtors' noticing agent, Donlin, Recano & Company, Inc. at www.donlinrecano.com/corsicana, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer (Note that a PACER password is needed to access documents on the Court's website), or (iii) upon request to the undersigned.

Dated: November 28, 2022                                Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Tel: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com
bwallen@pszjlaw.com

-and-

Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Tel: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*