| | |
|---|---|
| Michael D. Warner (TX Bar No. 00792304) | Robert J. Feinstein (admitted *pro hac vice*) |
| Benjamin L. Wallen (TX Bar No. 24102623) | Bradford J. Sandler (admitted *pro hac vice*) |
| PACHULSKI STANG ZIEHL & JONES LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| 440 Louisiana Street, Suite 900 | 780 Third Avenue, 34th Floor |
| Houston, TX 77002 | New York, NY 10017-2024 |
| Tel: (713) 691-9385 | Tel: (212) 561-7700 |
| Facsimile: (713) 691-9407 | Facsimile: (212) 561-7777 |
| mwarner@pszjlaw.com | rfeinstein@pszjlaw.com |
| bwallen@pszjlaw.com | bsandler@pszjlaw.com |

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re:<br>CORSICANA BEDDING, LLC, *et al.*,<br>Debtors. | Chapter 11<br>Case No. 22-90016-ELM-11<br>Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that on November 23, 2022, I caused to be served via electronic mail a true and correct copy of the following documents (together, the "Final Fee Applications"):

1. *First and Final Application of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from July 11, 2022 Through December 19, 2022* [Docket No. 509]; and

2. *Fifth Monthly and Final Fee Application of Alvarez & Marsal North America, LLC, as Financial Advisor to the Official Committee Of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period July 11, 2022 Through December 19, 2022* [Docket No. 510]

on the Fee Notice Parties identified on the Service List attached hereto as **Exhibit A**. In addition, copies of the Final Fee Application were served via the Court's CM/ECF system.

I further certify that on November 28, 2022, I caused to be served via electronic mail a true and correct copy of:

1. *Notice of Hearing* [Docket No. 512] (the "Notice of Hearing").

on the parties identified on (a) the Master Service List and (b) the 2002 Service List attached hereto as **Exhibit B**, and via First Class U.S. Mail on the parties identified on (a) the Master Service List attached hereto as **Exhibit C**.  A copy of the Notice of Hearing was also served via the Court's CM/ECF system.

Dated: November 28, 2022

*/s/ Patricia J. Jeffries*
Patricia J. Jeffries

# EXHIBIT A

**Debtors**
Eric Rhea erhea@corsicanamattress.com
Michael Juniper  mike.juniper@cr3partners.com

**Counsel for the DIP Term Administrative Agent**
Schulte Roth & Zabel LLC
Adam C. Harris adam.harris@srz.com
Abbey Walsh abbey.walsh@srz.com

**Counsel for the DIP Revolver Administrative Agent**
McGuireWoods LLP
Brian Swett bswett@mcguirewoods.com
Shawn Fox sfox@mcguirewoods.com

**EXHIBIT B**

| | | |
|---|---|---|
| ARIZONA ATTORNEY GENERAL<br>MARK BRNOVICH<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV | AXLE LOGISTICS LLC<br>DAVID JONES<br>835 NORTH CENTRAL ST<br>KNOXVILLE TN 37917<br>DAVID.JONES@AXLELOGISTICS.COM | BEARD KULTGEN BROPHY<br>BOSTWICK & DICKSON PLLC<br>MATTHEW L CZIMSKEY; DAVID DICKSON<br>220 SOUTH FOURTH ST<br>WACO TX 76701<br>CZIMSKEY@THETEXASFIRM.COM |
| BEARD KULTGEN BROPHY<br>BOSTWICK & DICKSON PLLC<br>MATTHEW L CZIMSKEY; DAVID DICKSON<br>220 SOUTH FOURTH ST<br>WACO TX 76701<br>DICKSON@THETEXASFIRM.COM | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI; JOHN C GENTILE<br>1313 N MARKET ST.,STE 1201<br>WILMINGTON DE 19801<br>KCAPUZZI@BENESCHLAW.COM<br>JGENTILE@BENESCHLAW.COM | BLUE TORCH FINANCE, LLC<br>BLUE TORCH CAPITAL LP<br>150 EAST 58TH ST 18TH FL<br>NEW YORK NY 10155<br>BLUETORCHAGENCY@ALTERDOMUS.COM |
| BLUE TORCH FINANCE, LLC<br>SEI - BLUE TORCH CAPITAL LOAN OPS<br>1 FREEDOM VLY DR<br>OAKS PA 19456<br>BLUETORCH.LOANOPS@SEIC.COM | CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV | DENTONS COHEN & GRIGSBY P.C.<br>THOMAS D MAXSON<br>625 LIBERTY AVENUE,5TH FLOOR<br>PITTSBURGH PA 15222-3152<br>THOMAS.MAXSON@DENTONS.COM |
| DYKEMA GOSSETT PLLC<br>JEFFREY R FINE<br>1717 MAIN ST.,STE 4200<br>DALLAS TX 75201<br>JFINE@DYKEMA.COM | FAREED KAISANI<br>1201 N RIVERFRONT BLVD.,STE 150<br>DALLAS TX 75207<br>FKAISANI@PCRFIRM.COM | FEDEX CORPORATE SERVICES INC<br>MICHAEL A SIEDBAND,LEAD COUNSEL<br>3680 HACKS CROSS RD.,BLDG H<br>MEMPHIS TN 38125<br>MICHAEL.SIEDBAND@FEDEX.COM |
| GRIFFITH JAY MICHEL LLP<br>MARK J PETROCCHI<br>2200 FOREST PARK BLVD<br>FORT WORTH TX 76110<br>MPETROCCHI@LAWGJM.COM | ISKECELI CELIK YAY TEL YAN URUNLERI<br>TURKER CIPLAK, PRESIDENT<br>GUMUSYAKA MAH LUTFU VARDAR CAD<br>NO 180 SILIVRI<br>ISTANBUL 34588 TURKEY<br>TUGAY.KILIC@ISKECELI.COM.TR<br>TURKER.CIPLAK@ISKECELI.COM.TR<br>SELCUK@ARGUN.AV.TR | JB HUNT<br>ERICA HAYES, CREDIT ANALYST<br>306 JB HUNT CORPORATE DRIVE<br>LOWELL AR 72745<br>ERICA.HAYES@JBHUNT.COM |
| KEAN MILLER LLP<br>LLOYD A LIM; RACHEL THOMPSON KUBANDA; BROOCKS WILSON<br>711 LOUISIANA ST.,STE 1800<br>HOUSTON TX 77002<br>LLOYD.LIM@KEANMILLER.COM<br>RACHEL.KUBANDA@KEANMILLER.COM | KKGF LLC D/B/A UT & C<br>ANGELIKA MATCZAK<br>745 KENTUCK ROAD<br>DANVILLE VA 24540<br>A.MATCZAK@EBILLC.COM | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>LAURIE SPINDLER<br>277 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@LGBS.COM |
| MAURICE WUTSCHER LLP<br>ALAN C HOCHHEISER<br>2361 CHAGRIN BLVD.,STE 207<br>BEACHWOOD OH 44122<br>AHOCHHEISER@MAURICEWUTSCHER.COM | MCGUIREWOODS<br>DEMETRA LIGGINS<br>HOUSTON TEXAS TOWER<br>845 TEXAS AVE, 24TH FL<br>HOUSTON TX 77002<br>DLIGGINS@MCQUIREWOODS.COM | MISSOURI DEPT OF REVENUE<br>ZACH DEJOODE, SPECIAL ASSIST. ATTORNEY GENERAL<br>GENERAL COUNSEL'S OFFICE<br>301 W HIGH STREET ROOM 670<br>P O BOX 475<br>JEFFERSON CITY MO 65105-0475<br>BANKRUPTCY@DOR.MO.GOV |

| | | |
|---|---|---|
| MORGAN LEWIS & BOCKIUS LLP<br>ANDREW J GALLO; DAVID K SHIM<br>ONE FEDERAL ST<br>BOSTON MA 02110-1726<br>DAVID.SHIM@MORGANLEWIS.COM<br>ANDREW.GALLO@MORGANLEWIS.COM | MORGAN LEWIS & BOCKIUS LLP<br>DAVID I MONTEIRO<br>171 MAIN ST.,STE 3200<br>DALLAS TX 75201-7347<br>DAVID.MONTEIRO@MORGANLEWIS.COM | MUNSCH HARDT KOPF & HARR PC<br>DEBORAH M PERRY<br>500 N AKARD STREET SUITE 3800<br>DALLAS TX 75201-6659<br>DPERRY@MUNSCH.COM |
| NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>AGINFO@AG.NV.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>1100 COMMERCE ST<br>ROOM 976<br>DALLAS TX 75242-1699<br>ERIN.SCHMIDT2@USDOJ.GOV | PADFIELD & STOUT LLP<br>CHRISTOPHER V ARISCO<br>420 THROCKMORTON ST.,STE 1210<br>FORTH WORTH TX 76102<br>CARISCO@PADFIELDSTOUT.COM |
| PHILADELPHIA INDEMNITY INSURANCE CO<br>LANGLEY BAINS LLP<br>BRANDON BAINS<br>PO BOX 94075<br>SOUTHLAKE TX 76092<br>BBAINS@L-LLP.COM | PHILADELPHIA INDEMNITY INSURANCE CO<br>LANGLEY BAINS LLP<br>BRANDON BAINS<br>PO BOX 94075<br>SOUTHLAKE TX 76092<br>BBAINS@L-LLP.COM | SECURITIES AND EXCHANGE COMMMISSION<br>FORT WORTH REGIONAL OFFICE<br>REGIONAL DIRECTOR<br>801 CHERRY ST<br>STE 1900 UNIT 18<br>FORT WORTH TX 76102<br>DFW@SEC.GOV |
| SEYBURN KAHN P.C.<br>DAVID T LIN,ESQ<br>2000 TOWN CENTER STE 1500<br>SOUTHFIELD MI 48075-1195<br>DLIN@SEYBURN.COM | SINGER & LEVICK P.C.<br>MICHELLE E SHRIRO<br>16200 ADDISON ROAD, STE 140<br>ADDISON TX 75001<br>MSHRIRO@SINGERLEVICK.COM | TN DEPT OF REVENUE<br>TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>P O BOX 20207<br>NASHVILLE TN 37202-0207<br>STEVE.BUTLER@AG.TN.GOV |
| TWE NONWOVENS US INC<br>ANITA HUFFMAN, CORPORATE FINANCE DIRECTOR<br>2215 SHORE ST.<br>HIGH POINT NC 27263<br>ANITA.HUFFMAN@TWE-GROUP.COM | WOMBLE BOND DICKINSON (US) LLP<br>JILL C WALTERS<br>555 FAYETTEVILLE ST.,STE 1100<br>RALEIGH NC 27601<br>JILL.WALTERS@WBD-US.COM | WOMBLE BOND DICKINSON (US) LLP<br>TODD A ATKINSON<br>811 MAIN ST.,STE 3130<br>HOUSTON TX 77002<br>TODD.ATKINSON@WBD-US.COM |
| YILMAR DIS TICARET LTD SIRKETI<br>EYVAS YILMAZ, COMPANY MANAGER<br>No:11-1 DEMIRTAS DUMLUPINAROSB<br>MAHALLESI FESLEGEN SOKAK OSMANGAZI<br>BURSA;  MARMARA 16245<br>TURKEY<br>ZUBEYDE.YILMAZ@YILMAR.COM.TR<br>GOKHAN.USAR@YILMARTRADE.COM<br>ONURHUKUK@ONURHUKUK.COM | | |

## **EXHIBIT C**

| | | |
|---|---|---|
| DELL FINANCIAL SERVICES, LLC<br>MAIL STOP-PS2DF-23<br>ONE DELL WAY<br>ROUND ROCK TX 78682 | FLORIDA ATTORNEY GENERAL<br>ASHLEY MOODY<br>OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL PL-01<br>TALLAHASSEE FL 32399-1050 | INDIANA ATTORNEY GENERAL<br>TODD ROKITA<br>INDIANA GOVERNMENT CTR SO.<br>302 WEST WASHINGTON ST 5TH FL<br>INDIANAPOLIS IN 46204-2770 |
| INTERNAL REVENUE SVC<br>SPECIAL PROCEDURES INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | INTERNAL REVENUE SVC<br>1111 CONSTITUTION AVE NW<br>WASHINGTON DC 20224 |
| IRS INTERNAL REVENUE SVC<br>10TH ST AND PENNSYLVANIA AVE NW WASHINGTON DC 20530 | LEAF CAPITAL FUNDING, LLC<br>2005 MARKET ST, 14TH FL<br>PHILADELPHIA PA 19103 | MISSISSIPPI ATTORNEY GENERAL<br>LYNN FITCH<br>WALTER SILLERS BLDG<br>550 HIGH ST STE 1200<br>JACKSON MS 39201 |
| NORTH CAROLINA ATTORNEY GENERAL<br>JOSH STEIN<br>DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | OFFICE OF THE ATTORNEY GENERAL<br>MAIN JUSTICE BUILDING<br>ROOM 5111<br>10TH AND CONSTITUTION AVE NW<br>WASHINGTON DC 20530 | OFFICE OF THE UNITED STATES ATTORNEY<br>1100 COMMERCE ST<br>3RD FLOOR<br>DALLAS TX 75242-1699 |
| SECURITIES AND EXCHANGE COMMMISSION HEADQUARTERS<br>100 F ST NE<br>WASHINGTON, DC 20549 | TENNESSEE ATTORNEY GENERAL<br>HERBERT H SLATERY III<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 |
| TEXAS ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 13528<br>CAPITOL STATION<br>AUSTIN TX 78711-3528 | TEXAS COMPTROLLER OF PUBLIC ACCTS<br>REVENUE ACCT DIV<br>BANKRUPTCY SECTION<br>PO BOX 13528<br>CAPITOL STATION<br>AUSTIN TX 78711-3528 |
| TEXAS WORKFORCE COMMISSION<br>TEC BUILDING<br>BANKRUPTCY<br>101 EAST 15TH ST<br>AUSTIN TX 78778 | TEXAS WORKFORCE COMMISSION<br>EXECUTIVE DIRECTOR<br>101 EAST 15TH ST RM 651<br>AUSTIN TX 78778-0001 | UNITED STATES TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN UT 84201-0102 |
| US DEPT OF JUSTICE LEGAL DEPT<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | US DEPT OF LABOR<br>200 CONSTITUTION AVE NW<br>WASHINGTON DC 20210 | US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>OFFICE OF CHIEF COUNSEL<br>131 M ST NE<br>WASHINGTON DC 20507 |
| VIRGINIA ATTORNEY GENERAL<br>JASON MIYARES<br>202 NORTH NINTH ST<br>RICHMOND VA 23219 | WASHINGTON ATTORNEY GENERAL<br>BOB FERGUSON<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | WINGSPIRE CAPITAL LLC<br>AS ADMINISTRATIVE AGENT<br>13010 MORRIS RD<br>BLDG ONE STE 175<br>ALPHARETTA GA 30004 |
| WISCONSIN ATTORNEY GENERAL<br>JOSH KAUL<br>114 EAST STATE CAPITOL<br>MADISON WI 53707-7857 | | |