Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Tel: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com
bwallen@pszjlaw.com

Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Tel: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re:<br><br>CORSICANA BEDDING, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-90016-ELM-11<br><br>Jointly Administered |

**SUPPLEMENT TO FIRST AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM JULY 11, 2022 THROUGH DECEMBER 19, 2022**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Role in Case: | Counsel to Official Committee of Creditors |
| Petition Date: | June 25, 2022 |
| Retention Date: | July 11, 2022 [Docket No. 386] |

**Summary of Supplemental Compensation**

| Amount Requested: | | Reductions: | |
|---|---|---|---|
| Fees: | **$20,828.00** | Voluntary fee reductions: | N/A |
| Expenses: | $ 7.30 | Expense reductions: | N/A |
| Other: | N/A | | |
| **Total Requested:** | **$20,835.30** | **Total Reductions:** | N/A |

DOCS_LA:345731.1 15806/002

| **Draw Down Request:** | | **Expense Detail:** | |
|---|---|---|---|
| Retainer received: | N/A | Reproduction / Scan Copy | $7.30 |
| Previous Draw Down(s): | N/A | | |
| Remaining Retainer (now): | N/A | | |
| Requested Draw Down: | N/A | | |
| Retainer Remaining (after): | N/A | | |
| **Total Draw Down Request** | N/A | **Total Expense** | **$7.30** |

| **Hourly Rates (Supplemental Fee Period)** | **Attorney** | **Paralegal/Clerical** |
|---|---|---|
| Highest Billed Rate: | $1,445.00 | $495.00 |
| Total Hours Billed: | 9.60 | 18.80 |
| Blended Rate: | $1,210.63 | $489.68 |

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the *Order Granting Debtors' Motion Establish Procedures for Interim Compensation and Reimbursement of Expenses For Case Professionals* [Docket No. 281] entered by the Court on August 9, 2022 (the "Compensation Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), attorneys for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits this supplement (the "Supplement") to the *First and Final Application of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from July 11, 2022 Through December 19, 2022* [Docket No. 509] (the "Final Fee Application"), filed on November 24, 2022, for the supplemental period from November 1, 2022 through December 19, 2022 (the "Supplemental Period").

Pursuant to the Final Fee Application, PSZJ reserved the right to file supplemental fee application(s) to include additional fees and expenses not previously included.

By this Supplement, PSZJ seeks to incorporate into the Final Fee Application the additional fees in the amount of $20,828.00 and expenses in the amount of $7.30, for the supplemental fee period of November 1, 2022, through December 19, 2022. A summary of the supplemental fees and expenses, broken down by category, is attached hereto as **Exhibit A**. Detailed itemization of the services rendered during the Supplemental Period is set forth on **Exhibit B**, attached hereto.

WHEREFORE, PSZ&J respectfully requests the Court:

(a)    approve final allowance of supplemental fees in the amount of $20,828.00 for professional services rendered to the Committee since the filing of the Final Fee Application and $7.30 in out-of-pocket expenses incurred in connection with the rendering of such services during the period from November 1, 2022 through November 30, 2022;

(b)    approve final allowance of $722,586.00 for professional services rendered to the Committee and $1,082.91 in out-of-pocket expenses incurred in connection with the rendering of such services during the period from July 11, 2022 through and including December 19, 2022; and

(c)    authorize and direct the Debtors to immediately pay to the Firm a sum total of $193,190.08, which amount represents the unpaid fees and expenses the Firm incurred during the Compensation Period.

Dated:  December 9, 2022

Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Tel: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com
bwallen@pszjlaw.com

-and-

Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Tel: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT A

### Summary of Hourly Fees and Expenses by Category
### (November 1, 2022 – November 30, 2022)

| Category | Fees |
|---|---|
| Case Administration | $1,127.50 |
| Claims Administration / Objection | $1,341.50 |
| Compensation of Professionals | $10,970.50 |
| Compensation of Professionals / Others | $2,034.00 |
| Executory Contracts | $259.00 |
| General Creditors' Committee | $114.50 |
| Hearing | $916.00 |
| Operations | $4,065.00 |
| **Total Fees** | **$20,828.00** |
| Expenses | |
| Reproduction / Scan Copy | $7.30. |
| **Grand Total** | **$20,835.30** |

# EXHIBIT B

# Pachulski Stang Ziehl & Jones LLP

919 North Market Street
17th Floor
Wilmington, DE 19801

BJS

December 06, 2022
Invoice    131348
Client    15806
Matter    00002
**BJS**

RE: Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  12/06/2022**

| | |
|---|---:|
| FEES | $20,828.00 |
| EXPENSES | $7.30 |
| **TOTAL CURRENT CHARGES** | **$20,835.30** |
| **BALANCE FORWARD** | **$172,354.78** |
| **TOTAL BALANCE DUE** | **$193,190.08** |

Pachulski Stang Ziehl & Jones LLP                                               Page:     2
Corsicana Bedding O.C.C.                                                        Invoice 131348
15806   - 00002                                                                 December 06, 2022

## Summary of Services by Professional

| ID  | Name                | Title     | Rate    | Hours | Amount      |
|-----|---------------------|-----------|---------|-------|-------------|
| BJS | Sandler, Bradford J.| Partner   | 1445.00 | 3.70  | $5,346.50   |
| BLW | Wallen , Ben L      | Associate | 825.00  | 1.50  | $1,237.50   |
| DLM | Mendoza, Denise L.  | Other     | 395.00  | 1.00  | $395.00     |
| KLL | LaBrada, Kerri L.   | Paralegal | 495.00  | 2.70  | $1,336.50   |
| PJJ | Jeffries, Patricia J.| Paralegal| 495.00  | 15.10 | $7,474.50   |
| SSC | Cho, Shirley S.     | Partner   | 1145.00 | 4.40  | $5,038.00   |
|     |                     |           |         | 28.40 | $20,828.00  |

Pachulski Stang Ziehl & Jones LLP     Page:   3
Corsicana Bedding O.C.C.              Invoice 131348
15806   - 00002                       December 06, 2022

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CA | Case Administration [B110] | 1.50 | $1,127.50 |
| CO | Claims Admin/Objections[B310] | 1.10 | $1,341.50 |
| CP | Compensation Prof. [B160] | 19.10 | $10,970.50 |
| CPO | Comp. of Prof./Others | 2.60 | $2,034.00 |
| EC | Executory Contracts [B185] | 0.20 | $259.00 |
| GC | General Creditors Comm. [B150] | 0.10 | $114.50 |
| HE | Hearing | 0.80 | $916.00 |
| OP | Operations [B210] | 3.00 | $4,065.00 |
|  |  | 28.40 | $20,828.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 4
Corsicana Bedding O.C.C.  Invoice 131348
15806   - 00002  December 06, 2022

### Summary of Expenses

| Description | Amount |
|---|---|
| Reproduction/ Scan Copy | $7.30 |
| | $7.30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 5 |
| Corsicana Bedding O.C.C. | | | | | Invoice 131348 | |
| 15806   - 00002 | | | | | December 06, 2022 | |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration [B110]** | | | | | | |
| 11/04/2022 | BJS | CA | Review critical dates and discuss with KL | 0.10 | 1445.00 | $144.50 |
| 11/04/2022 | KLL | CA | Update critical dates memo. | 0.30 | 495.00 | $148.50 |
| 11/10/2022 | BJS | CA | Review critical dates and discuss with KL | 0.10 | 1445.00 | $144.50 |
| 11/16/2022 | SSC | CA | Review and respond to B. Best regarding case status. | 0.10 | 1145.00 | $114.50 |
| 11/16/2022 | SSC | CA | Review and respond to S. Pezanowksy regarding case status. | 0.10 | 1145.00 | $114.50 |
| 11/16/2022 | SSC | CA | Correspond with M. Greenberg regarding case status. | 0.10 | 1145.00 | $114.50 |
| 11/16/2022 | KLL | CA | Correspond with S. Cho on December hearing date. | 0.20 | 495.00 | $99.00 |
| 11/21/2022 | KLL | CA | Update critical dates memo. | 0.20 | 495.00 | $99.00 |
| 11/29/2022 | KLL | CA | Update critical dates memo. | 0.30 | 495.00 | $148.50 |
| | | | | **1.50** | | **$1,127.50** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 11/15/2022 | BJS | CO | Attention to 503b9 claims | 0.10 | 1445.00 | $144.50 |
| 11/18/2022 | BJS | CO | Attention to 503b9 claims, omnibus hearing | 0.30 | 1445.00 | $433.50 |
| 11/21/2022 | BJS | CO | Various emails with UCC regarding 503b9, MTD | 0.20 | 1445.00 | $289.00 |
| 11/21/2022 | BLW | CO | Attend hearing re: 503(b)(9) claim objection and sixth motion to reject. | 0.40 | 825.00 | $330.00 |
| 11/22/2022 | BJS | CO | Review Schneider stipulation | 0.10 | 1445.00 | $144.50 |
| | | | | **1.10** | | **$1,341.50** |
| **Compensation Prof. [B160]** | | | | | | |
| 11/10/2022 | BLW | CP | Correspond re: A&M Monthly statement and review same. | 0.10 | 825.00 | $82.50 |
| 11/14/2022 | SSC | CP | Review PSZJ October fee statement. | 0.10 | 1145.00 | $114.50 |
| 11/17/2022 | PJJ | CP | Draft October fee statement. | 0.80 | 495.00 | $396.00 |
| 11/17/2022 | SSC | CP | Review October PSZJ fee statement. | 0.10 | 1145.00 | $114.50 |
| 11/17/2022 | KLL | CP | Finalize and serve PSZJ October monthly fee statement. | 0.30 | 495.00 | $148.50 |

Pachulski Stang Ziehl & Jones LLP  
Corsicana Bedding O.C.C.  
15806    -00002  

Page:    6  
Invoice 131348  
December 06, 2022  

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/18/2022 | PJJ | CP | Draft final fee application. | 3.00 | 495.00 | $1,485.00 |
| 11/20/2022 | PJJ | CP | Work on final fee application. | 2.40 | 495.00 | $1,188.00 |
| 11/21/2022 | PJJ | CP | Work on final fee application. | 2.00 | 495.00 | $990.00 |
| 11/21/2022 | SSC | CP | Review and revise final fee application. | 0.70 | 1145.00 | $801.50 |
| 11/21/2022 | SSC | CP | Correspond with Bradford J. Sandler regarding PSZJ final fee application filing. | 0.10 | 1145.00 | $114.50 |
| 11/21/2022 | KLL | CP | Review and provide comments to PSZJ final fee application. | 0.40 | 495.00 | $198.00 |
| 11/21/2022 | BJS | CP | Review and Revise final fee application | 0.40 | 1445.00 | $578.00 |
| 11/22/2022 | PJJ | CP | Emails regarding final fee applications (.2); telephone conference with B. Wallen regarding same (.1). | 0.30 | 495.00 | $148.50 |
| 11/22/2022 | PJJ | CP | Review A&M final fee application and prepare for filing. | 0.80 | 495.00 | $396.00 |
| 11/22/2022 | SSC | CP | Correspond with Patricia Jeffries regarding PSZJ fee application revisions. | 0.20 | 1145.00 | $229.00 |
| 11/23/2022 | PJJ | CP | Revise final fee application (1.8) and prepare for filing (.4). | 2.20 | 495.00 | $1,089.00 |
| 11/23/2022 | PJJ | CP | Revise A&M final fee application and prepare for filing. | 0.40 | 495.00 | $198.00 |
| 11/23/2022 | SSC | CP | Telephone conference with Patricia Jeffries regarding final fee application for filing. | 0.10 | 1145.00 | $114.50 |
| 11/23/2022 | DLM | CP | Review, finalize and file PSZJ Final Fee Application. | 0.30 | 395.00 | $118.50 |
| 11/26/2022 | SSC | CP | Review and respond to Patricia Jeffries regarding final fee application. | 0.10 | 1145.00 | $114.50 |
| 11/28/2022 | PJJ | CP | Prepare notice of hearing for PSZJ and A&M final fee applications. | 0.40 | 495.00 | $198.00 |
| 11/28/2022 | PJJ | CP | Prepare certificate of service regarding notice of hearing. | 2.30 | 495.00 | $1,138.50 |
| 11/28/2022 | SSC | CP | Review and respond to Haynes & Boone regarding final fee application. | 0.10 | 1145.00 | $114.50 |
| 11/28/2022 | BLW | CP | Revise and coordinate filing COS and NOH re: PSZJ and A&M Final Fee Applications. | 0.60 | 825.00 | $495.00 |

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: 7 | |
| Corsicana Bedding O.C.C. | | | | | | Invoice 131348 | |
| 15806   -00002 | | | | | | December 06, 2022 | |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/28/2022 | DLM | CP | Review, finalize and file Notice of Hearing and Certificate of Service re Fee Applications of PSZJ and A&M. | 0.40 | 395.00 | $158.00 |
| 11/30/2022 | PJJ | CP | Draft supplement to final fee application. | 0.50 | 495.00 | $247.50 |
| | | | | **19.10** | | **$10,970.50** |

**Comp. of Prof./Others**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/10/2022 | SSC | CPO | Review A&M October fee statement. | 0.10 | 1145.00 | $114.50 |
| 11/10/2022 | SSC | CPO | Review several emails from J. Greenberg, Kerri LaBrada, Benjamin L. Wallen regarding A&M October fee statement. | 0.10 | 1145.00 | $114.50 |
| 11/10/2022 | BJS | CPO | Review A&M Fee Application | 0.10 | 1445.00 | $144.50 |
| 11/10/2022 | KLL | CPO | Review and serve Alvarez & Marsal October monthly fee statement. | 0.40 | 495.00 | $198.00 |
| 11/16/2022 | SSC | CPO | Review and respond to B. Desai regarding A&M fee application. | 0.10 | 1145.00 | $114.50 |
| 11/17/2022 | KLL | CPO | Review correspondence from Alvarez & Marsal and circulate forms of final fee applications and procedures to same. | 0.40 | 495.00 | $198.00 |
| 11/18/2022 | SSC | CPO | Review and respond to B. Desal regarding final fee applications. | 0.10 | 1145.00 | $114.50 |
| 11/18/2022 | KLL | CPO | Correspond with Alvarez & Marsal on November fees and final fee application. | 0.20 | 495.00 | $99.00 |
| 11/21/2022 | SSC | CPO | Correspond with A&M regarding their final fee application. | 0.10 | 1145.00 | $114.50 |
| 11/22/2022 | SSC | CPO | Review A&M final fee application and correspond with B. Desal regarding same. | 0.20 | 1145.00 | $229.00 |
| 11/22/2022 | BLW | CPO | Review A&M final fee application. | 0.40 | 825.00 | $330.00 |
| 11/23/2022 | BJS | CPO | Review H&B fee application | 0.10 | 1445.00 | $144.50 |
| 11/23/2022 | DLM | CPO | Review, finalize and file Alvarez and Marsal Final Fee Application. | 0.30 | 395.00 | $118.50 |
| | | | | **2.60** | | **$2,034.00** |

**Executory Contracts [B185]**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/30/2022 | BJS | EC | Review Motion to assume | 0.10 | 1445.00 | $144.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 8 | |
| Corsicana Bedding O.C.C. | | | | | Invoice 131348 | |
| 15806   -00002 | | | | | December 06, 2022 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/30/2022 | SSC | EC | Review and respond to Haynes & Boone regarding expedited relief regarding rejection. | 0.10 | 1145.00 | $114.50 |
| | | | | **0.20** | | **$259.00** |

**General Creditors Comm. [B150]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/21/2022 | SSC | GC | Review Bradford J. Sandler update to Committee. | 0.10 | 1145.00 | $114.50 |
| | | | | **0.10** | | **$114.50** |

**Hearing**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/2022 | SSC | HE | Correspond with Bradford J. Sandler regarding hearing. | 0.10 | 1145.00 | $114.50 |
| 11/18/2022 | SSC | HE | Correspond with Benjamin L. Wallen regarding hearing. | 0.10 | 1145.00 | $114.50 |
| 11/18/2022 | SSC | HE | Review hearing agenda. | 0.10 | 1145.00 | $114.50 |
| 11/18/2022 | SSC | HE | Telephone conference with Benjamin L. Wallen regarding hearing. | 0.10 | 1145.00 | $114.50 |
| 11/21/2022 | SSC | HE | Attend hearing telephonically. | 0.40 | 1145.00 | $458.00 |
| | | | | **0.80** | | **$916.00** |

**Operations [B210]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/18/2022 | SSC | OP | Review and revise motion to dismiss. | 0.60 | 1145.00 | $687.00 |
| 11/18/2022 | SSC | OP | Correspond with Haynes & Boone regarding motion to dismiss. | 0.20 | 1145.00 | $229.00 |
| 11/18/2022 | BJS | OP | Attention to dismissal | 0.50 | 1445.00 | $722.50 |
| 11/18/2022 | BJS | OP | Teleconference with SC regarding dismissal | 0.10 | 1445.00 | $144.50 |
| 11/19/2022 | BJS | OP | Attention to MTD | 0.40 | 1445.00 | $578.00 |
| 11/21/2022 | BJS | OP | Attention to MTD | 0.30 | 1445.00 | $433.50 |
| 11/23/2022 | BJS | OP | Review MOR | 0.10 | 1445.00 | $144.50 |
| 11/23/2022 | BJS | OP | Attention to MTD | 0.40 | 1445.00 | $578.00 |
| 11/24/2022 | BJS | OP | Review MTD | 0.30 | 1445.00 | $433.50 |
| 11/25/2022 | SSC | OP | Review motion to dismiss. | 0.10 | 1145.00 | $114.50 |
| | | | | **3.00** | | **$4,065.00** |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 9 |
| Corsicana Bedding O.C.C. | Invoice 131348 |
| 15806   - 00002 | December 06, 2022 |

**TOTAL SERVICES FOR THIS MATTER:** **$20,828.00**

| Pachulski Stang Ziehl & Jones LLP | Page: 10 |
|---|---|
| Corsicana Bedding O.C.C. | Invoice 131348 |
| 15806   - 00002 | December 06, 2022 |

### Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/23/2022 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 11/28/2022 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | 5.60 |
| 11/28/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/28/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

**Total Expenses for this Matter**  **$7.30**

Pachulski Stang Ziehl & Jones LLP                                              Page:     11
Corsicana Bedding O.C.C.                                                       Invoice 131348
15806   - 00002                                                                December 06, 2022

# REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**    12/06/2022

| | |
|---|---:|
| **Total Fees** | $20,828.00 |
| **Total Expenses** | 7.30 |
| **Total Due on Current Invoice** | $20,835.30 |

**Outstanding Balance from prior invoices as of**    12/06/2022    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---:|---:|---:|
| 130547 | 07/31/2022 | $388,741.00 | $300.67 | $77,748.20 |
| 130759 | 08/31/2022 | $255,317.00 | $371.66 | $51,063.40 |
| 131000 | 09/30/2022 | $17,849.00 | $280.90 | $3,569.80 |
| 131222 | 10/31/2022 | $27,424.00 | $122.38 | $27,546.38 |
| 131266 | 10/31/2022 | $12,427.00 | $0.00 | $12,427.00 |

**Total Amount Due on Current and Prior Invoices:**                                            **$193,190.08**